ORIGINAL

cc: KJM/Filed at Counter

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2024

at 3 o'clock and 00 min. P M
Lucy H. Carrillo, Clerk
ls

Nathan D Bennett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

104 Aloha Council Boy Scouts of America, Scouts BSA, Scouting America, Boy Scouts of America

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV24 00213 LEK KJM

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

IFP SUBM.
ls

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Nathan D Bennett
  Street Address: 1326 Alewa drive # C
  City and County: Honolulu, HI, 96817
  State and Zip Code:
  Telephone Number: 970.319.3142
  E-mail Address: nbennettpm@gmail.com

  B.   **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1

  Name: Boy Scouts of America Aloha Council 104
  Job or Title (if known): Non profit
  Street Address: 42 Puiwa road
  City and County: Honolulu
  State and Zip Code: HI 96817
  Telephone Number: 808.595.6366
  E-mail Address (if known):

  Defendant No. 2

  Name: Boy Scouts of America, Scouting America
  Job or Title (if known):
  Street Address: 1325 West Walnut Hill Lane
  City and County: Irving

2

State and Zip Code  Tx, ~~96817-1127~~ N.D 75038-3008

Telephone Number  ~~80*NB~~ 972.580.2000

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

31 USC 3729(a)

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Nathan D Bennett, is a citizen of the State of *(name)* Hawaii.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ~~Boy Scouts of America~~ Aloha Council #104, is incorporated under the laws of the State of *(name)* Hawaii, and has its principal place of business in the State of *(name)* Hawaii.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) Boy Scouts of America Aloha Council #104, is incorporated under the laws of the State of (name) Hawaii, and has its principal place of business in the State of (name) Texas. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Boy Scouts of America, Scouting America

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

13.7 million $ 902.6 million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Qui Tam (31 USC 3729(a)), Due to False Claims Act, Defamation slander Malicious intent, Grant Misuse, Environmental Violations, Civil Rights Violations
E.E.O.C. Charge No. 486-2024-00257
F.E.P.A. No. 22827
D.L.I.R. WSD case No. 015058 / 2400767 additional Discovery
Harassment from Hire date 08/16/2021 to present day. Retaliatory termination on 01/12/2024 as Whistle blower to Aloha Council Standards from Board members, Employees, Volunteers, with Malicious intent.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1/3 upon discovery, 100 year contract compensation scalable to all properties, Comptrolarship.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/08, 2024

Signature of Plaintiff
Printed Name of Plaintiff   Nathan D Bennett

B. **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |